UNITED STATES of America

v.

Burton Rodgers WALKER, Appellant.

No. 12418.

United States Court of Appeals Third Circuit.

Submitted Feb. 5, 1958.

Decided Feb. 12, 1958.

Burton Rodgers Walker, pro se.

Chester A. Weidenburner, U. S. Atty., Charles A. Sweeney, Asst. U. S. Atty., Newark, N. J., for appellee.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the District Court for the District of New Jersey denying appellant's motion to vacate sentence. 154 F.Supp. 648. The district court denied the motion after finding that the files and records of the case and the motion itself disclosed that the appellant was not entitled to the relief sought. We agree with the district court.

The judgment will be affirmed.

Orville J. BARCLAY, Appellant,

v.

William H. MILLIKEN, Clerk of Court, Media, Pa., William J. Dunn, Deputy Clerk of Court, Media, Pa., Defendant Trial Counsel, Philadelphia Bar.

No. 12425.

United States Court of Appeals Third Circuit.

Submitted Feb. 6, 1958.

Decided Feb. 12, 1958.

Orville J. Barclay, pro se.

Jacques H. Fox, Asst. Dist. Atty., J. Harold Hughes, First Asst. Dist. Atty., Raymond R. Start, Dist. Atty., Media, Pa., for appellee.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

The District Court for the Eastern District of Pennsylvania dismissed the plaintiff's "Motion for Injunction." He petitions this Court to set aside the judgment. We have examined the record and find that the judgment of the district court should be affirmed.